# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 06-1331

**GENE SMART, ET AL.**

**VERSUS**

**GOLD, WEEMS, BRUSER, SUES &
RUNDELL, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 223,539
HONORABLE GEORGE C. METOYER, JR., DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## MARC T. AMY
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Glenn B. Gremillion, Judges.

**WRIT GRANTED. DENIAL OF EXCEPTIONS OF VAGUENESS AND IMPROPER CUMULATION OF ACTIONS REVERSED. REMANDED WITH INSTRUCTIONS.**

Chad A. Dudley
1300 Millerville Road
Baton Rouge, LA   70816-1231
(225) 272-5300
COUNSEL FOR PLAINTIFFS/RESPONDENTS:
 Gene Smart
 Priscilla Babin

Richard C. Stanley
William M. Ross
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras, Suite 2500
New Orleans, LA   70112
(504) 523-1580
COUNSEL FOR DEFENDANT/APPLICANT:
 James Ogden Middleton, II

**Michael John O'Shee**
**Gold, Weems, Bruser, Sues & Rundell**
**Post Office Box 6118**
**Alexandria, LA   71301**
**(318) 445-6471**
**COUNSEL FOR DEFENDANTS/RESPONDENTS:**
     **Raymond L. Brown, Jr.**
     **Henry B. Bruser, III**
     **Gold, Weems, Bruser, Sues, &Rundell, L.L.C.**
     **Robert G. Nida**
     **Kenneth Odrie Ortego**
     **Randall M. Seeser**
     **Michael John O'Shee**
     **Randall Lee Wilmore**
     **Samuel Newman Poole, Jr.**
     **Dorrell Jarrell Brister**
     **Peggy Dean St. John**
     **Gregory Brian Upton**
     **Eugene Joseph Sues**
     **Charles Stovall Weems, III**
     **Edward E. Rundell**

**James P. Roy**
**Domengeaux, Wright, Roy & Edwards, L.L.C.**
**Post Office Box 3668**
**Lafayette, LA   70502**
**(337) 233-3033**
**COUNSEL FOR DEFENDANTS/RESPONDENTS:**
     **Raymond L. Brown, Jr.**
     **Henry B. Bruser, III**
     **Gold, Weems, Bruser, Sues, &Rundell, L.L.C.**
     **Robert G. Nida**
     **Kenneth Odrie Ortego**
     **Randall M. Seeser**
     **Michael John O'Shee**
     **Randall Lee Wilmore**
     **Samuel Newman Poole, Jr.**
     **Dorrell Jarrell Brister**
     **Peggy Dean St. John**
     **Gregory Brian Upton**
     **Eugene Joseph Sues**
     **Charles Stovall Weems, III**
     **Edward E. Rundell**

AMY, Judge.

For the reasons assigned in the companion case of *Gene Smart, et al. v. Gold, Weems, Bruser, Sues & Rundell, et al.*, 06-1414 (La.App. 3 Cir. _/_/07), _ So.2d _ the trial court's judgment denying the exceptions of vagueness and improper cumulation of actions filed on behalf of J. Ogden Middleton is reversed. This matter is remanded to the trial court with instructions to enter judgment granting the exception of vagueness in compliance with La.Code Civ.P. art. 933(B) and to reserve consideration of the exception of improper cumulation of actions until the pleadings contain sufficient facts to assess the causes of action alleged. All costs of this proceeding are assessed to the respondents, Gene Smart and Priscilla Babin.

**WRIT GRANTED. DENIAL OF EXCEPTIONS OF VAGUENESS AND IMPROPER CUMULATION OF ACTIONS REVERSED. REMANDED WITH INSTRUCTIONS.**